CHARLES M. KITTREDGE et al., as Assignees, etc., Respondents, v. J. WESLEY VAN TASSELL, Appellant.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*John B. Green* for appellant.

*H. H. Hustis* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

WILLIAM H. LYON et al., Appellants, *v.* JAMES M. DAVIS et al., Respondents.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*John B. Green* for appellants.

*H. H. Hustis* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.